# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 911 MAL 2016

                 Respondent        :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

              v.                     :

ERNEST CULBREATH,                :

                 Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal and Motion for Appointment of Counsel are **DENIED**.